UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| SANKAR RAGHU MANOHAR SAKURU, et al.,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 26-cv-13702-SVK<br>**ORDER RE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br>Re: Dkt. No. 4 |

In connection with the Motion for Preliminary Injunction filed by Plaintiffs on November 13, 2026 (Dkt. 4), the Court **ORDERS** as follows:

1. By **close of business on November 18, 2026**, the Clerk of Court shall process the proposed summons (Dkt. 2) according to normal procedures.
2. Within **24 hours** of issuance of the summons, Plaintiffs shall serve Defendants with the summons, complaint, motion for preliminary injunction, and this Order.
3. By **noon on November 23, 2026,** all Parties must file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms.
4. The Court sets the following schedule on Plaintiffs' Motion for Preliminary Injunction (Dkt. 4):
   a. Response due: **December 4, 2026**
   b. Reply due: **December 7, 2026**
   c. Hearing (if needed): **December 10, 2026 at 10 a.m. by video.**

**SO ORDERED.**

Dated: November 17, 2026

SUSAN VAN KEULEN
United States Magistrate Judge